**No. 09-9167. Raymond L. Semler, Petitioner v. Donna Finch.**

559 U.S. 1076, 130 S. Ct. 2109, 176 L. Ed. 2d 737, 2010 U.S. LEXIS 3362, ▮

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 333 Fed. Appx. 156.